# AFFIDAVIT

Personally came and appeared before me, the undersigned investigator, the within named Jesse Morgan, who is a resident of York County, State of Pennsylvania, and is an employee of Roads 10 Express, a contracted company hauling mail for the United States Postal Service, who makes his statement, testimony, and affidavit under oath or affirmation, in good faith, and under penalty of perjury, of sincere belief and personal knowledge that the following matters and facts set forth are true and correct, to the best of his knowledge.

Jesse Morgan: "October 21st started out how it normally would, ok? Um, left Lancaster when I was supposed to leave Lancaster, I got up to Bethpage, checked in like I usually do, they put my trailer in the do--, or told me what door to park it in, 24 or 25, I forget what door, but it was one of those doors all the time. I get there, I check in, I give the lady my slip, and we go walking down to go cut off the seal, and she's like, she goes, she makes the comment that, she goes, 'You have a bunch of mail in ballots that you're taking back to Harrisburg today.'

As they're bringing them up, I was looking, I like looked in them you know, as they were putting them on, and sure enough, they were mail-in ballots, ok?"

Attorney Phil Kline: "Is it your opinion that October 21st through the morning, in the morning, that you brought ballots from Bethpage, NY down to Harrisburg to offload in Lancaster."

Jesse Morgan: "Yea, I brought them down, from my knowledge, I brought ballots down, mail-in ballots, from Bethpage, NY that was supposed to be to Harrisburg. Somewhere in there, something really, really wrong/weird happened. Where, when I was supposed to be unloading in Harrisburg, PA, I wasn't. I sat there and waited. Instead of being unloaded, they had me bring the mail-in ballots down to Lancaster, and that's where I dropped them off at. From there, what happened to them, I don't know. I don't know where the ballots went, I don't know anything, anything, I don't even know if they were offloaded, to be honest with you."

Dated this ____ day of _____, 20 ___.

Signature of Jesse Morgan: _____

Signature of Phill Kline: _____

SWORN to subscribe before me, this _____ day of _____, 20 _____.

Signature of _____

NOTARY PUBLIC

# Affidavit
# of Jesse Richard Morgan

Jesse Richard Morgan personally came and appeared before me, the undersigned investigator, who is a resident of York County, State of Pennsylvania, and is an employee of Roads 10 Express, a contracted company hauling mail for the United States Postal Service, who makes his statement, testimony, and affidavit under oath or affirmation, in good faith, and under penalty of perjury, of sincere belief and personal knowledge that the following matters and facts set forth are true and correct, to the best of his knowledge.

Smith: Today's date is November 20th, 2020. This is Dean Smith taking a recorded statement and affidavit from Jesse Morgan. Mr. Morgan, you're aware I am recording this conversation?

Morgan: Yes, I am.

Smith: And I have your permission?

Morgan: Yes, you do.

Smith: For the record, could you just state your full name? Date of birth?

Morgan: Jesse Richard Morgan. Uh, birthday 9/10/83.

Smith: And your current address.

Morgan: 1893 Ridgewood Road, York, PA 17406.

Smith:  For the record, this is the address we are at presently taking this recorded statement. The scope of this interview/affidavit is to go over the events that took place on October 21st during your employment at Roads 10 Express. How long have you been employed at Rhodes 10 Express?

Initials: _____

Morgan: 15, 16 months. 16 months.  Somewhere around there.

Smith: Your position there is a truck driver.

Morgan: Yes. Tractor trailers, I haul mail.

Morgan: I used to haul it out of Lancaster, uh, to Bethpage, New York. And also Philadelphia, used to also pick up at customs in Philadelphia. Then I switched over to just run in Bethpage, New York out of Lancaster. Um, at the end of September. I've been doing that ever since.

Smith:  When you say Roads 10 Express, you haul mail, is that for the U.S. Postal Service?

Morgan: United States Postal Service? Yes, it is.

Smith: That's the only thing you haul, yes? No other kind of packages?

Morgan: No, there's Amazon. Whatever the mail, whatever they're picking up whatever they're thrown on the trailer, I'll bring it. Amazon packages, that are being sent through the USPS

Smith: Through the USPS ?

Morgan: It's coming through U.S. Post Office.

Smith: You're not carrying for Walmart directly?

Morgan: Well, we actually...United States Postal Service just picked up a big contract through Walmart. So there's every now and then, you see some Walmart packages now.

Smith: I just want to clarify, but it's specific. You guys are specific for U.S. postal service.

Initials:

Morgan: Yes, I'm shipping directly.

Smith: You're never going to a Walmart.

Morgan: No, no, no. I leave one post office and go straight to another post office. I don't go to Amazon's or Walmart's or anything like that.

Smith: That's what I need to clarify. And your normal work hours?

Morgan: I work Tuesday to Sunday. I usually go in around 11:30 at night, and I get to get in my truck. Um, about 12. Do pre trip usually log in between 12:15 and 12:40 and then I roll over to the post office, hook up to the trailer, and usually head off to the post office by one o'clock in the morning.

Smith: Alright. Now, are you assigned the vehicle or truck?

Morgan: Yes, I'm assigned one.

Smith: Does anybody else have access or use that truck beside you?

Morgan: No, no one does.

Smith: How about a trailer? Are you assigned the trailer?

Morgan: Um, not assigned. The trailer, but I have been having the same trailer. I have had the same trailer. It was, I got the trailer and I had it for a month. Continuous. Nothing wrong with it. Great trailer usually after that, if I would get a bad trailer, I'm not trying to jump too far forward here. But if I get a bad trailer, what I do is my door, that I pull that trailer, I'll put it in door 35 or 33. So that way they have to pull it, and then they'll put it over in the drop lot. And then whenever someone else will come back or whatever, then they'll move their trailer over to my section.

Smith: Is that the way it's done? You let them know, 'I do not want this trailer?'

Initials:

Morgan: No, I don't say, it's just the way. It's how I figured out how it worked.

Smith: So how long have you had this trailer for?

Morgan: This one or the prior one? The prior one? I had it from the end of September, all the way up to October 21st.

Smith: All right, so let's talk about October 21st. And what happened that day. You explained earlier that you go, pick your cab up at Lancaster. You park that where?

Morgan: It's behind a car lot, but the car lot Auto One It's in Lancaster. I get the streets mixed up, it was either Mannheim or Harrisburg. But, um, so you pull in the parking lot and you'll see there's four of our trucks sitting there.

Smith: The name of the place is One Auto ?

Morgan: Auto One. Auto or Auto One. Something like that.

Smith: Is it a gated area where you park your tractor?

Morgan: They have a gate there, but it's always open.

Smith: Okay. And are there any video cameras or security cameras on the vehicles?

Morgan: On the trucks? That we do have cameras inside the trucks that face the road and also faced a driver? I can see not from the gated part, but I'm probably I mean, it's a car lot, so I'm pretty sure they have cameras somewhere on the outside of those I never looked for them, though.

Smith: So you pick up your tractor. You do your pre-check, then you drive over to the post office. How far away is the post office?

Initials: _____

Morgan: 3-4 minutes away. It's not far.

Smith: And is it that Lancaster Post Office?  Is there only one Lancaster post office or more?

Morgan: I don't. This is a main distributor, so I don't know if they have little sister ones around or not.  This is the main distribution center yes.

Smith:  Printed out this map. There's a couple of different ones. Look at the names, addresses…

Morgan: It would be this one on 1400 Harrisburg Pike, so the car lot where I park the tractor would be on  Mannheim Pike.

Smith:  So, the car lot is on Mannheim Pike, where the truck is, and the trailer is kept at the post office on Harrisburg?

Morgan: Door 34 every night, every day when I come back and I pulled back in to door 34.

Smith: Tell me how that works as far as how to pick up your daily load.

Morgan: All right. So usually whenever I get there, this is the process is I pull in and I will back under the trailer. I will hook up all my lines, lift up the landing gear, put my four ways on. I put my four ways on this. A trick, okay. So, put four ways on, because then you can look at the back where the loading dock is And if you see both flashing against the building, then you know that you're working. If you do not see that, or you only see one, you know, one of your taillights are out. Alright, so you got to get that fixed.  Tell them 'Hey, I am not trying to get a fine,' and fines double if it is a tractor trailer. They either fix it or switch out trailers. I always have my badge, so they'll go and scan my badge and I know it was like they will assign it to my run, which my run is 611, 611 leaves out of Lancaster. Right. I will go over the trailer. If they are not done loading it, I will stand there and wait. And I always watch just so that way, I'm making sure that's loaded right. I do not want one side of the trailer loaded, heavy, one side loaded light. I don't want, you know; I want it spread out. If it is spread out, it benefits you two ways, okay? If it's, if you're heavy on one side, if you go around a bend, you have a higher chance of rolling. Alright, if it's spread out, it's a smooth ride. You put all the weight at the tail end of your trailer. Okay? One. You probably get a ticket if you go on a weight station, but it makes for the most miserable ride. Because your whole time you're just bouncing because you're going like your trailer is going like

Initials: _____

this, you know? So, I always make sure they load it right. And then after they are done loading, I go and strap up. And then the guy who prints me out two tickets, I call them tickets. Some people might call him slips. I call them tickets because they look like a ticket. I might have a few here if you want to look. Look at one.

Smith: Do you have any from the 21st?

Morgan: No, I tried finding it.

Morgan: I do have the October 7 and 10 tickets. I took my car to the garage to get it worked on, and I cleared everything out of my car and threw it away.

Morgan: I could find these two. Alright, so I want you to see the dates. This is 10/10 and 10/7. So right here is the trailer 10R1440 So I had the trailer, those dates. Okay, so I just wanted to see like it. I mean, I have had this trailer continuous, you know, amount of time. But these are the tickets, so I'll explain it to you. So here's my route number. I'm always route 17091, then my trip.

Morgan: So this one, I was loaded when I left Bethpage. I was loaded. 100% leaving out when I left Lancaster to go to Bethpage, I was loaded at 34%. And then there's the van where it says van numbers, the trailer. Let's see here. There's my name. I think this is a time that I'm supposed to leave.

Smith: Okay, so these are really important. I'm just going to put them here.

Morgan: If you want to keep, you can.

Smith: Thank you, these could be important to the facts of this investigation.

Smith: If you pull up to a place without one of them, what are they going to do?

Morgan: I never did it before. I never, I never pulled up to a place without one. I mean, they are very important because that is what they use. They have scanners. Okay. And how they know. Everything is scanned. So, I'll pull up, they will scan the ticket, then they scan my badge. Then

Initials:

they will go over to the trailer. So, the loading dock, they will scan the loading dock. Alright. Because the loading dock will have a barcode. And then they will scan the trailer, back of the trailer has a barcode. They will scan the seal on the door. That is a metal seal that must be cut off. So that way, everything matches up everything.

Smith: It is a chain of custody. So, you know that this truck was loaded by this person at this dock and this driver took the truck at this time and know where it was going.  This is standard procedure.

Smith: So on October 21, 2020, anything out of the ordinary?

Morgan: No. Nothing was out of the ordinary. Nothing. Everything was going well. They loaded up, strap myself in or strapped the pallets in, shut the door. They put the seal on, and off I rolled.

Smith: Did you notice what you were bringing that day? Do you know what, was in your trailer?

Morgan: Out of Lancaster? No, it was just, it's been such a normal thing. It's just packages, mail. I could, just normal stuff. That's what I always bring.

Smith: So you go on your way to Bethpage, New York?  How long did take you to get to Bethpage, New York?

Morgan:  I get to Bethpage in three hours and fifteen minutes. I've done it enough times. It is easy, I love going to New York, it's my kind of place. I'm not a city guy.  I would not want to live back in the city. But I love going there just to see it like, I mean, it's never a dull moment. There's always something, and it is New York, it's not all Jets and Giants fans. There are some Bills fans up there, too. So I like I like going up there and talking to the people and seeing stuff. And I mean, you could drive there, ah, 100 times and 100 different times. You could see something different.

Smith:  So, you get up there on the 21st, and you drop off, you pull into the same spot as you do every time you go to Bethpage, NY.

Morgan:  It is most of the time. So, um, Tuesday through Saturday. I would say I am always on either door 24, 25. Okay, one of those two doors, most of the time is 24 Sunday, though. Sometimes I'll end up in the door 27. I do not know why.

Initials:

Smith: I'm just going to look to see what the date was October 21st.

Smith: October 21st was a Wednesday. So what door do you think you would have pulled into?

Morgan: Probably 24 or 25.

Smith: So when you get up there, who do you deal with? You, you have anybody you know by name up there that you deal with?

Morgan: No. Romeo, I've been dealing with him for a long time, Romeo. He's an expediter.

Smith: An expediter for the United States Post Office. He is an employee of them?

Morgan: When I get to Bethpage, I stop at the guard shack. I don't know his name, but he's really cool. He's from Jamaica, and he always talks with me because my last name's Morgan. He's like, 'Captain Morgan. You're here.' Then I proceed to the dock where I see Romeo

Smith:  Romeo. Do you know his last name?

Morgan: I do not know his last name.

Smith: What's he looks like?

Morgan: He's from Thailand or something, somewhere over in Thailand. Yeah, Thailand or Korea. One of those. But he is Asian. He does not sound Asian though. He grew up over there but moved over here. But he does not sound like he speaks really good English. He is in his fifties.

Smith: Has he been working there for a long time.

Morgan: I don't know how long he's been working there, but I take it he's probably been there for a while from the position here.

Initials:

Smith: How many expeditors do they have there in Bethpage, NY?

Morgan: Usually two. Sometimes three. When you pull into the door, it's either 24 or 25 or 26. So you have two, maybe three expediters over here. Usually two and then down the other end, you might have one or two on the other end.

Morgan: I don't know their names at all. I only deal with them every now and then. But it's usually an Asian lady down there that's usually there whenever I come in.

Smith: Then you have Romeo. And is there anybody else?

Morgan: Then there is the lady that I dealt with on the 21st. I do not know her name. I have not seen her. I'm trying to get her name for you guys. I have not seen her, though. She hasn't been working or on vacation. I do not know if she took extended break. She is blonde, white female in her mid to late forties like 40, 45 around there. 47.

Smith: Have you seen her before?

Morgan: I've seen her there before. She has blonde hair that keeps it kind of like, braided back.

Smith: So, she's the 13 expediter is the one that loads up the truck.

Morgan: No, expediters who I deal with, who I give my ticket to who scans everything, okay? So that's the person I see whenever I come to a place and it's the person I see when I leave the place.

Smith: Who determines what gets put on the truck?

Morgan: That I don't know, but they will assign a loader to unload and load you, alright? That day was weird. Because when I went in, I saw her, and I was like, 'Hey, how are you doing?' I always talk to them Always. You don't want to piss them off, because then you end up sitting there for hours. So always be nice. Hey, how are you doing? You know, small talk and get on your way. And that day she was like, 'Hey, how are you?' I'm like, 'I'm doing pretty good. How are you?' She is like, 'Guess what? You got mail-in ballots today,' or you know, something in that line. And I was just, like, 'Really?" She's like, 'You're taking back a shipment of mail-in

Initials:

ballots." I was like, 'Oh, that's cool.' You know, I was like, 'Whatever,' I thought it was pretty cool. I was like, 'Oh, that's neat.' Like I am doing something for the presidential race, you know. Like I was like, 'That's neat,' you know? So, I go over to the trailer and I'm, and I'm standing there, they're unloading me, they start bringing gaylords out. Two pallets for Lancaster that they put in the nose and they were tall, tall gaylords. Alright? The rest was for Harrisburg. There where about 24 bins of mail-in ballots. I call them A and B units. I don't know exact names for them but their own rollers there on like, aluminum rollers.

Smith: So, clarify this for me. Were they loading your trailer with only mail-in ballots that day? Or there was other mail mixed in?

Morgan: It was all mail-in ballots. Besides the two pallets they put in the nose of the trailer for Lancaster, what I normally bring.

Smith: How could you tell that?

Morgan:  Because well, you know, I can't really tell because it was it was a tall thing, but it just, I figured it was, well it looks like someone's shipping exhaust pipe or something. Like just a long, freaking thing in a cardboard box. Don't take me for 100%, alright?

Smith: So what your saying is you're not sure what was in the two large pallets in the nose of the truck for Lancaster?  You don't know if that was regular mail or mail-in ballots. The bins sizes are 4 feet by 4 feet?

Morgan: Yeah, they usually turn them sideways, alright? And it won't be four by four. Be like, they're bigger. It's like, four by five or something like that. Some weird dimension. But you turn it sideways because they have to put more on a trailer.

Smith: So you said you had about 24 large boxes of mail-in ballots?

Morgan: 24 I believe.

Smith: 24 gaylords four by five, filled with mail-in ballots coming from New York into Pennsylvania, heading to Harrisburg?

Initials:

Morgan: Supposed to go to Harrisburg. They'll have tags on for Harrisburg tags or placards or a white piece of paper.

Smith: Just kind of tells him where they're going on the outside of the Gaylords?

Smith: But it's an indicator for that box where it's going to go.

Morgan: It's an indicator for that box where it's supposed to.

Smith: So you don't have to sort through the boxes. You could see clearly this is where it has got to go.  So is this the first time you ever hauled mail-in ballots?

Morgan: Yes.

Smith: So how did you know they where mail-in ballots being loaded into your trailer?

Morgan:  I could see they where mail in ballots that were already used, you could see the names in the return corner of the envelope and there was a strange blue marking on the envelope.

Smith: Blue. What do you mean?

Morgan: It's like some kind of blue mark.

Morgan: I want to say design, but kind of like a blob or something. Like towards the middle of the envelope kind of thing and then there was writing.

Smith:  Was it an insignia ? Was it something professional, or is there something somebody put a marker on?

Morgan: No, it was like, it looked kind of like how that they were all uniformed like that.

Initials:

Smith: Were all the markings uniformed on the envelopes?

Morgan: I guess they all looked the same on all the envelopes.

Smith: Same spot on all these ballots? When you say you knew they were ballots, were there any names on the ballots?

Morgan: The envelopes had vote printed on it and there were names written in, in the corner.

Smith: In the return address area of the envelopes? So, they've already filled out by somebody?

Morgan: Yes, already filled out.

Smith: The return address where they written in by hand.

Morgan: Yeah, they were written in by hand.

Smith: So, you know, these are ballots that were already casted.

Morgan: Yes, I do not think they were blank ballots being shipped out. When I was looking at them, it didn't even dawn on me and I feel like such a klutz now, but it didn't even dawn on me. And then that's when she came over. And she is like, this one really wanted to make her their ballot count because they got their mail-in ballot registered mail. So, like you saw the big red stamp, it was a registered certified mail. So that way, they could track it to make sure it was going to go wherever it was going to go. And they put that on the trailer as well. And that was in a bin that they sat at the end of the trailer by the door. So that was on the trailer as well.

Smith: So that confirmed to you that the ballots in the boxes were already casted. They just needed to get to the polling station to be counted. Crazy question. Do you remember if you looked at those addresses of those envelopes that you saw? The ones with the blue marks and one with the red tag, could you tell if the return address were for the Pennsylvania addresses or New York addresses?

Initials:

Morgan: I don't know, like, because they came by so fast. Like I wasn't like, whatever, I wasn't looking for anything, it didn't dawn on me. Really? You know, I really wish I would have looked at it harder. Part of me look, honestly, got a part of me, wants to sit here and be like, you know, that registered mail, like I looked at it and I saw Queens, New York. But then there's part of me that goes, I don't know if I saw Queens in New York. I don't know if that's just my head's saying that you saw Queens, New York. I don't understand. I don't want to say it if it's not, if I don't know 100%, you know?

Smith: I appreciate that. Because I know what I am asking you is, in hindsight, it's like you knew that this was going to be relevant at the time.

Morgan: I called my mom that day I was so mad because my brother Ben just got into town, okay? And so that was Wednesday. My brother Ben got into town Monday at, like, eight o'clock at night, so I could not even see him Monday. Tuesday, I saw him a little bit. On Wednesday, I wanted to hang out with him because I have not seen him in two years, alright? And I was just like, I got held up in Harrisburg, but I was so pissed off and like so I called Ben and I talked to him, and I talked to my mom and I was like, 'Yeah, I was like, hauling mail-in ballots today.' I was like, 'Isn't that pretty cool?' You know, it was like 'What do you mean?' It was like, 'I took a whole trailer of mail-in ballots.' Ben's like, 'Wow'. Like, my mom was like, 'Why did you do that?' I was like, 'What do you mean? Yeah, she was just like, 'Why did you take them? Why were there?' She was like, 'Why were you taking them out of New York into Pennsylvania?' I'm like,' I don't know' when I was like, 'I'm just doing what I'm told.' You know.

Smith: So there's at least 24 bins of ballots on the trailer?

Morgan: Yes. Look, I told them I suck at guessing how many bins or anything because what they do is they pile them on together. Okay, so you have not been there. They kind of the size, kind of go in. So that way you can stack them. Boom, boom, boom, boom.

Smith: I want to ask you a question, is there is any way you could estimate how many ballots wherein the 24 bins?

Morgan: No, I can't. I suck at that. There could be 250 or there could be 7,500, I can't.

Smith: But, you know, it wasn't one or two ballots?

Initials:

Morgan: No, I know it wasn't one or two. No, but we know there was a significant amount of mail-in ballots being shipped from Bethpage, New York.

Smith:  Who else did you know out there by name or description? That might be helpful. The three expediters, the Asian woman, Ramon, and the blonde woman and a security guard. You see anybody else out there?

Morgan: See, there's ah, another lady that I talked to. I don't know her name. She's heavyset. She's always, I refer to her as kind of sleepy because every time I ask her, 'How are you doing today?' 'I'm just so tired. I'm ready for bed.' And I'm like, I'm like, 'Okay,' you know, like every day, never fails. You know, 'I'm tired. I am just ready for bed.' I am like, 'Okay.' But like, so there is her, there's ah, Loader, I like talking with one loader. He is a Buffalo Bills fan, you know? I do not know his name. He is, he is getting ready to retire. I know that. He looked like a white guy, he has a son that lives in Nevada or no, Las Vegas. He is going when he retires. He bought a house out in Vegas and he is going to be moving into the house, and his son lives out in Vegas. His son owns a T-shirt business. Really successful T-shirt company, apparently. He is excited because he is going out there on vacation, I believe so. This week or next week.

Smith: Wow, so any other loaders out there?

Morgan:  Now there is a another one. He is younger. He is kind of my age. I do not know his name. He, loaded me. Unloaded me maybe three times.

Smith: Do you know who loaded you that day, October 21, 2020?

Morgan: I believe it might have been the Buffalo Bill Guy.

Morgan: I wanna say 100% but, like I'm thinking it might have been the Buffalo Bill guy that might have loaded me that day .

Smith: So they load you up, you get on your way.

Morgan: Yeah, I get, I load up, I go on my way.

Initials:

Smith: Hold on. Back up. They got to give you a ticket, right?

Morgan: Oh, yeah, I get my ticket. I check out, they seal me up.

Smith: When you say they seal you up, they put the code of the seal on the back. They scan all the barcodes from the dock, the truck, your badge and the seals all for matching, correct?

Morgan: And I started back to Harrisburg.

Smith:  What time do you think you got to Harrisburg?

Morgan:  I got to Harrisburg at 9:15 in the morning.

Morgan: I sat in the yard from 9:15AM to 3PM.

Smith: Is that normal?

Morgan: No, no, no. It's not normal. That's the first time that ever happened.

Morgan: Um, no, there has been two times before where I sat, but there was, like, a really long line. There were no docks, and I sat waiting for a dock. But it was never that long. It was like maybe three hours, but I was pissed. I was pissed because, like I said, my brother just came back. I am sitting here like no one's loading/unloading me.

Smith: Were there any docks open?

Morgan: Yeah, there were bays open. There's bays open that I could go to in the front and on the side. I'll try around the side and I'll dock. And now I walk in because I'm not doing that waiting bullshit ever again. Like never, even though, like they'll pay me for it. But I don't want to sit there like I literally sat there as long as it would have took me to drive from Lancaster to New York and New York to Harrisburg. I sat there that whole time, like waiting.

Initials:

Smith: So you're there from 9:15AM to 3PM.

Morgan: Until three something in the afternoon.

Smith: You're talking six hours.

Morgan: Yep. I ran out of hours. I had to go in my 16 hour. Okay, so I'm all right. So, hours of regulation okay for driving truck. You can't just haul ass and keep driving all day. You know, you can't do it. So in one week, I can work 70 hours a week. Okay? And that's 70 hours a week. I can. I can work. I can be on duty for 14 hours of that. 14 hours. I can drive 11 of it. And now 11. Our time of driving. I have to take every eight hours, I have to take a 30 minute break in an eight hour in the eight hour span. Alright? So, literally, I went past my 14. How to go that you could do is once a week, especially so I'm not over the road. I go on a 16. 16 is I'm allowed to work. I'm allowed to be on duty. Worked for 16 hours that day. And I was just about out of time literally I had, like, like, an hour. And that's when I went inside and I was like, 'Dude, what the hell? I am about to expire. So what the hell is going on here?' I'm like, 'I'm on my 16.' I'm like, 'I'm just about out of time. What do you guys want me to do here?' I'm like, 'I'm running out of hours.' I was like, 'Do you want me to drop the trailer here?' I was like, because my thinking is only have two pallets for Lancaster.

Morgan: That makes more sense to drop the trailer there, since I have a whole trailer for Harrisburg. They have Lancaster trucks that go that will come in their mail trucks that they could put these two pallets on to ship them back. So I don't know. He goes, I don't know the guy's name and he was a younger black guy. I don't know his name, I haven't seen him here for a little bit either. I've been seeing the older gentleman lately.

Smith: So he goes and looks into it?

Morgan: Yeah, he goes, looks into it. And I'm standing there waiting, waiting, and then a transportation supervisor comes down. I don't know his name. He just referred to himself. He said, 'Hey, how's it going? I am the transportation supervisor.'

Smith: Can you describe him?

Initials:

Morgan:  Was a older white guy in his forties, with brownish, slicked back hair, then he had a button up shirt with a black denim or dress pants, dress shoes. I remember that because I just thought kind of weird having dress shoes in a warehouse.

Smith: How often is do you engage with transportation supervisor?

Morgan: Never, that was the very first time and the reason why it's weird. Because look, transportation supervisor for United States Postal Service, is a transportation supervisor for the United States Postal Service. We have a contract from the United States Postal Service, alright? So they are contracting us to move their mail. I have my own transportation supervisor. His name is Brian, alright? So that is who I deal with. This guy, he has his own fleet and is the transportation supervisor for them, the United States Postal Service. He sets up the routes that the United States Postal Service trucks and deliver their drivers what they're supposed to be doing, not what we're doing. So just a little weird, like when he came down. 'Hey, transportation supervisor' and I was like, I was kind of mad. So I'm like, 'whatever,' you know, like I was like, 'Look, I'm trying to get out of here' and he's just like, 'Well,' he's like, 'just take the trailer to Lancaster' and I'm just like, 'I can just drop this trailer here, it has mail in the front for Lancaster' and he's like, 'Just take the trailer to Lancaster.'

Smith: Does he know what was in the trailer?

Morgan: I don't know. Part of me wants to say maybe. But there's a part of me that says I don't know at the end of the day, all they have to do is on their scanner. Look up 611, 612, 611 coming in the Harrisburg 611 and it'll pull up. I don't know if it pulls up what I have, but I know it pulls up how much mail I have for them.

Smith: Did he give you a reason why you're waiting there for six hours?

Morgan: He did not give me a reason. And then he told the guy that was behind me to go to this new building that they just got, which was down the street. So, me and this other guy was sitting there waiting. He, the other guy, went down the street to this other building. I went to Lancaster. The other guy, I do not even know who he was. He was like an outside carrier.

Smith: So in the 15 months you've been doing this, you've never had to sit for six hours and no justification.

Initials:

Morgan: No, no. And then I went to leave, I said, 'Can I get a slip?'

Morgan: Because I gave him mine. I am sitting there. I am like, 'Here's my slip for you guys.' It was like, 'Can I get a slip?' He said, 'No, you cannot get a slip.' I said, 'What do you mean I cannot get a slip?' He said, 'Sorry you can't get a slip right now.' I was like, 'What?' It was like, 'Well, can I get a late slip?' He is like, 'No, you cannot get a late slip. You got to be on load, to get a late.' So I said, 'Well, I've been sitting here,' and he got an attitude, like, sarcastic. I got sarcastic back, but like, I was like, I was now I'm really mad because I'm like, 'No, I don't know. I'm not going to sit here for six hours and not be paid for it.'

Smith: So, he won't give you a slip.

Morgan: He will not give me a slip.

Morgan: It kind of pissed me off. So that's when I went out and got my cab, and I text my supervisor Brian, my transportation supervisor, and I said, I sent him, 'So they're telling me to leave and take the mail to Lancaster. But I am not getting a late slip. What am I supposed to do? I want to be paid for this crap.' That is exactly what I wrote. And he said, 'When you get back, just send me a text with the total hours for the day. Who is the expediter who is refusing to give you a late slip?' I said, 'That came from the transportation supervisor. He said I cannot get a late slip because they would need to unload me here, so I mean, but the same time told me to go Lancaster.' And then he said, uh, the other guy behind me, he has go into a new building. I am glad I saved the text that I sent to Brian. I am glad I wrote it, because never talked to transportation supervisor. Since then, I've never seen the guy since then.

I went to Lancaster. I put the trailer at door 34. If I am moving along too fast, let me know. I put the trailer in door 34, disconnected, moved out from it. Ran inside and I gave the Harrisburg slip to the Lancaster post office. It was for Harrisburg slip I had from Bethpage. I said, 'Here you go.' I said, 'The transportation supervisor told me to drop the trailer off here to you guys. He would not give me a slip for you. So, I have the Harrisburg slip.' And it was, uh, this black gentleman there I believe he has dreads or braids. I mean, this guy, we might have said two words the whole time. He goes, 'Okay.' I walked out, got in the truck, and drove off.

Smith: The transportation supervisor. He did not give you his name or anything?

Smith: Did you see your trailer being unloaded in Lancaster?

Initials:

Morgan: I didn't see anything. I pulled in door 34. Lancaster, did not see anything.

Smith: Lets talk about the trailer.

Morgan: 10R140?

Smith: That's the only one you usually have.

Morgan: That was the one that had for a month, 10R140.

Smith: And that is the one you dropped off in Lancaster.

Morgan: Yes.

Smith: So at the end of the day on October 21, 2020, you drop the truck off at Auto One You lock up You're done, you go home?

Morgan: Yes

Morgan: I come in next day and I do not have my trailer number, 10R140.

Smith: You come in the next day, your trailer is gone.

Morgan: It was gone. I have not seen it since.

Smith: Did you ask anybody where did it go?

Morgan: No.  But it is weird. I do not know if the expediters would know, really.

Initials:

Smith: Let's talk about what happened on Halloween when you got into your truck. Apparently, that was October 30th. Was there an issue with your login?

Morgan: Yeah. Alright. So, whenever I log into a truck...

Smith: Let me stop this one for a second before we go on that I want to ask you another question. Where do you think those ballots you dropped in Lancaster went?

Morgan: Alright, so I haven't seen the trailer, okay? And it's weird. I'm kind of just let me explain the whole thing. Okay, so I haven't seen the trailer. So there's four guys that drive out Lancaster, two of us goes to Bethpage, New York every day, every day. Alright? Six days of the week we go, Bethpage. We take the same trailer that we leave Lancaster, we take to Bethpage. We take that trailer, we get loaded and unloaded. We take the same trailer out of Bethpage and go to Harrisburg, get unloaded. And if there's anything there to get loaded, and drop it off, alright? The other two guys go out of Newark, New Jersey, and go from Lancaster to Newark, New Jersey. Same thing, same process. They have the same trailer that is loaded out of Lancaster. So I had trailer number 316487 which had a camera on it. This was the very first time I've ever had a trailer that had a camera in it. So I went into the transportation loading supervisor. I pointed out to him and asked him if he ever seen a trailer with a camera. And he said, 'No.' I asked Loader if she has ever seen a trailer with a camera, and she said, 'No.' And I asked the guy from Harrisburg if he ever seen a trailer with a camera, and he said, 'No, never, never seen a trailer or trailer with a camera in it.' And I took that trailer and I dropped it off this past Sunday.

(Video documentation provided and secured of this interaction).

Smith: Do you know what you were hauling that had to be under surveillance?

Morgan: I thought mail, but that is all I thought was mail. Like the date would have been the 15th of this month. So, and I dropped that trailer off Sunday in Lancaster on Wednesday of that week. So, the 18th, that trailer. Now, when I went back to work Tuesday, I didn't see that trailer anywhere in the yard and when I got back Wednesday morning after my run, I didn't see the trailer 10R140 anywhere.

Wednesday is when I left out, and then I drove all the way up to Bethpage. I remember I docked my trailer in the door and I look up and I see trailer 10R140 rolling by me on the back of a jockey truck. And it's just weird to me that trailer 10R140 was at Bethpage because none of us drop trailers. Okay, so somehow that trailer got to Bethpage. Now we don't do dropping hooks anywhere we do dropping hooks at Philadelphia, and Washington D.C. So somewhere, someone took that trailer, okay, out of Lancaster, and I believe, I'm not 100% sure or certain, but this would be my logical thinking that someone brought that trailer to Philly and D.C. and dropped it

Initials: _____

That      NDC

off because we do the Philly and D.C. are huge. If you ever go there, you understand what I mean, huge, and we do a lot of dropping hooks there. Just so you know, drop hook is where we drop a trailer off there and we pick up a trailer from there and roll out so that trailer could've been dropped off there. Someone from New York or New Jersey or wherever. Someone that's doing a turnaround dropped our trailer off. Pick that trailer up, brought back up to Bethpage.

Smith: But that is not the trailer that had the ballots?

Morgan: No, that's not the trailer that had the ballots. And the reason why that sparked interest in me is because you've asked me what I thought happened to that trailer and I said, 'I don't know.' My mom said something to me that really sparked, and made me think. And what she said was, 'It's really interesting how all of a sudden, Philadelphia just got a few 100,000 votes magically appear.' You know, it seemed like and she's right, and so I dropped that trailer off at Lancaster. I have not seen it since.

Smith: You're saying somebody probably drop hooked the trailer number 10R1440 on October 21st, 2020 from Lancaster.

Morgan: I think that trailer 10R1440 with the ballots ended up going to Philadelphia.

Smith: Educate me on this, somebody would have a ticket for that. Correct?

Morgan: Well, apparently not if you send me out of Harrisburg without a ticket.

Smith: So they could not make up a ticket from Lancaster because it didn't originate there.

Morgan: It did not originate, I mean. You know, whenever I went because I used to go to Washington      D.C. and Philly, you really don't need a ticket to get in to Philly and D.C. because you do not even go on the dock. You talk to the people over the intercom, you go in, it looks secure, but it's not a secure place.

Smith: You feel, post office not secure.

Initials: _____

Morgan: Philly and D.C. is not a secure place. Philly is on Byberry road, you go down the street, and the entrance is right off the street. So if you get more than two trucks that are trying to get in there, they're going to block the whole road up, okay? But, so you go up and there's an intercom, and you turn off your truck and talk over the intercom and you say who you are, Jesse Morgan. That's it. You could be like, you could use any slip. You could say anything. What run are you running, 623? What do you have? 50%? Then they'll say, 'What's your trailer number?' You tell the trailer number and they'll say, 'Okay, come on in.'

Smith: Could they be cross-referencing that? Would any data they have on a computer…

Morgan: I go in there and I see what they are doing because like, when I go in the office, you could go in there. And you see them talking on the phone? Usually when they're putting the in the computer. They're putting the computer system, and I don't see it cross-referencing. But when they're asking for trailer numbers, it's to put it in the lot. So that way they have that trailer now in the lot. You know what I'm saying?

Smith: So the post office should have some records of where that trailer was, the one with the camera.

Morgan: Now I have it on that trailer on. And then I saw that video I sent you.

Smith: Alright. So that's your, that's your synopsis or where you think trailer 10R1440 went.

Morgan: Yes. That's where I think it would have went, absolutely. I don't know who took it there. If anything, I think it would probably been an outside carrier, probably pulling our trailer illegally, which they do. I have seen that because I've seen it. I'll take a picture next time I'm driving out of Harrisburg of an outside carrier, pulling one of our trailers that the post office sent them out with that. Our company probably doesn't know that they're pulling it.

Smith: Because your company owns the trailers, but you are seeing the tractors are not Roads 10 Express.

Morgan: It's not a Roads 10. It will be like an outside. It will be like some guy. It'll be like an independent guy pulling a trailer for the United States Post Service.

Initials: _____

Smith: Halloween night, October 30, 2020, let's go back to that day.

Morgan: That's weird because I always stay logged into my truck. Okay, so whenever I go, when I get out of my truck in the evenings or in the morning. When I get back, I go off duty. But I do not log out of the computer. I stay logged into the computer.

Smith: Why do you do that?

Morgan: It's my truck. No one uses it, just makes its just one less step I have do.

Morgan: So anyways, it's just one less step that I have to do when I log in the morning or in the evening. Time to go to work. So whenever I go in, I will actually send you a video that explains the process.

(Video explanation of the truck log in process was shown and secured).

Smith: My notes indicate that there were 11 illegal movements when you returned to your truck?

Morgan: Alright. So, whenever I log in or whenever I get to my truck, I'll start it up, and it will, it will show a screen that says, 'Is Jesse Morgan still driving? Yes or no?' I'll hit Yes, okay? And then it will have me put in my four digit passcode for the truck, alright? If you don't know that, or if you just drive off, it's gonna log me right out of the computer of that truck. Okay? It logs me right out.

Now it's on the screen here so that you see my name is very first, hold on. My name is very first right there, Jesse Morgan. And then there's the five prior drivers that drove that truck before me, before I got that truck. So the only way that my name can get erased from that truck is if there's six other drivers that come to that truck to use it, then my name will be out of that thing. And why that's important is because that day that I got to my truck on October 30, 2020, I start up like I normally would, and it goes to that screen where it has the six names on it, alright? So I'm sitting down looking at the screen like I didn't log out. Now if I would've logged out, it would have come up like that. But I didn't log out. So then I look at, I start the truck. I look at my fuel gauge and I looked at my miles and I had miles off. Not much, it was like 25 or 30 miles. Not much, okay, but it helps set me because my fuel gauge is lower. And I, like I count my fuel and I might have had enough to get to Bethpage, Harrisburg and back without fueling. But at that point, because I run it really tight that I would have been, like biting my nails, you know? And I'm not trying to be on the side of the highway out of fuel like, you look like an idiot, you know, having that guy come to fill you up. So now I am pissed, because now I have to stop to get fuel on the turnpike, which it takes forever on the turnpike.

Initials: _____

So I notice 11 different times that my truck was moved, which is crazy. And then they never logged into my in the computer, which you can't do that. That's illegal to drive a truck and not be logged in because if a state trooper will shut you down, and you have to sit there for 10 hours.

Smith: If there was 11? But you said there's only like, 25 miles.

Morgan: It was like 20. So he stopped and went, but he had to stop for a period, which it's just so, it's so baffling. Like I'm like, what? What was my truck doing?

Smith: Traveling 25 miles being turned on and off 11 times?

Morgan: Yeah, like it's just...

Smith: I mean, 25 miles is not a short distance.

Morgan: No but it's like a trip to Harrisburg. But it is not a trip to Harrisburg and back.

Smith: Right. So there's no explanation on who used the truck or where it went. Was that the only time that ever happened to you?

Morgan: Yes.

Morgan: You want me to talk about the time with the things I found in the truck?

Smith:  We could talk about that.

Smith: So before you go, did you report that to anybody saying, 'Hey, listen, somebody drove my truck for 25 miles and 11 unauthorized stops?'

Morgan: No, I don't report to anyone.

Initials:

Smith: What would happen if you got pulled over that day. And the police just want to see your log?

Morgan: It wouldn't come up on my logs at one. That's because I wasn't logged in, so it logged when he drove away. It logged me out of that truck.

Smith: Is there a GPS tracker on the trailer?

Morgan: Yes, those units that I showed you, they have GPS in them, so they will show you where that truck has been.

Smith: So if we go back to Roads 10, they would have the records of the GPS ?

Morgan: I'm thinking for at least a year, because if you get audited, you have to have your stuff.

Smith: Why did you not report these 11 unauthorized usages?

Morgan:  I didn't. Because my thinking is look, I don't like talking to the office at all, right? And I figured if they if they wanted to ask me a question, they're gonna call me and ask me a question. If they're not going to ask the question, then they're not paying no mind to it on. I'm just gonna let it go. That was just my kind of thinking. This company got so big when it was, when I first started with the company, there was only a few of us. And now the company, the company that bought us out, it is a huge company . So my boss isn't even in Harrisburg. He's in Virginia. I don't even see the guy like, yeah, I don't even see him like he's just, you know, the name on the phone in a voice.

Smith:  We don't know where the truck went that day and the movements just unexplained. Very highly suspicious. There was another incident with your truck, correct?

Morgan: Yes someone was in the tractor it would been Sunday, so Sunday's 15th, because that's the day when I talked to you. November 15th, 2020.

Smith: So you went, you went to work.

Initials:

Morgan: I went to work, alright? So when I get to work, it's dark out, alright? It's dark in the parking lot, and I carry in my book bag. And, I have, like, I usually have, like a gallon of water that will carry. I'll fill up and I'll drink it throughout the day and I like, I usually go in, and I'll set this stuff, my book bag on the ground. Usually, I throw the book bag up on the seat with my water and I'll set the book bag on the ground. I'll set the bottled water on the ground. Then I'll sit on the seat and then I'll go ok, and so whenever I left and I'm going and I get back, I'm logging off duty and everything. I'm getting all my stuff and I pick up my book bag and there's this, um, bubble wrap bag like that would hold like an electronic device. And I'm like, 'What? I've never seen this in my truck ever before,' right? And I've been in this truck, I'm basically leaving for the trip from my house. I'm in my truck, you know. It's nighttime. So I've never seen it before. And sitting on the floor of the truck, I pick it up, I'm looking at it like, 'What the heck,' and then, like, as I'm looking at the floor of the truck, I see what looks like ashes at first, and I'm like, 'What the heck?' I'm like, 'Why is there are all these ashes in my truck?' And I reached down, picked it up and it's plastic, and the piece I picked up it was like pigtailed like if someone took a drill and drilled into something and, uh, in plastic and the pigtail came out the That's why I picked up. And I'm like, 'what?' And so I'm looking around in the cab for, like, a drill, and I couldn't find anything. And then I looked like where my steering column is. I'm looking at my knee and I can see that, um, the plastic…so like you, underneath the steering wheel, the panel is like, pulled out a little bit. So, like I pulled on it and it just came almost like all the way out. And I noticed that some of the clips are broken, which it was never like that before and then like it. Really? I'm like, 'What the heck is going on here?' So I'm like, someone bugged my truck or something like that, like this is getting really crazy. Like I'm not trying to sound paranoid or anything like that. But it sounded really freaking crazy, like I never had this before. I have these plastic things in my cab, my truck when drove off by itself, apparently by you know when I was away from it and not like I have all this stuff. It's just, it's kind of like not adding it, isn't adding up. And then that day was the day that I'm unloading the trailer and look up and they have a camera in the trailer, the only camera in the yard, the only trailer with a camera on it. I have it and it's sitting. I'm sitting there looking at a camera.

Smith: Do you know what you where hauling that day, November 15th, 2020? Were they ballots?

Morgan: I don't think there's any ballots. I mean, if there was ballots and they hid him really well because…

Smith: That was the November 15th…

Morgan: I mean, yeah, but I mean, there was something they wanted to keep an eye on in that trailer?

Initials: _____

Smith: Did you talk to anyone else regarding these concerns you have? Who else is aware that you talk to us about this? Besides your family members? Your brother? Obviously. Your mother...

Morgan: My mom. My stepdad. My brother Ben. My best friend, Mike.

Smith: No one at work?

Morgan: No, no one at work. No one at the post office. I have, I have these Republican people that keep messaging me and calling me, why they want me to come forward, apparently, somehow this Kurt Coca...

Smith: Ok. Is there anything we didn't talk about that you feel is relevant? That we missed?

Smith: Next time you go up to Bethpage, if you get the name of any one of these people, like Romeo's last name, that blonde girl's last name with Loader.

Morgan: I'll try to, but it's just, it's so weird. Like, because you've been that, I've been doing it so long like, yeah. Hey, what's your name? You know, like, hey...

Smith: Tell them you're doing Christmas cards.

Smith: Anything else we didn't cover, anything. We got it all.

Smith: Do you make the previous statement to be true and accurate to the best of your knowledge?

Morgan: Absolutely.

Initials: _____

Jesse R Morgan: _____
Date  11/26/20 _____

Dean Smith: _____
Date:  11- 26- 2020 _____

Notary: _____
Date:_____

Sworn before me on: _____