# AFFIDAVIT OF LAWRENCE W. DOYLE

I, **Lawrence W. Doyle**, declare from my personal knowledge that the following facts are true:

1. I am over the age of eighteen (18) years and am competent to make this declaration.

2. I am a retired institutional bond trader with various firms on Wall Street and currently work as a private investigator with my colleague, John F. Moynihan ("Moynihan").

3. On November 21, 2020, Moynihan and I participated in a phone call with a contact ("NC") who notified us of allegations that the United States Postal Service ("USPS") experienced certain "failures" involving mail-in ballots during the 2020 Presidential Election and wondered if we would assist with the investigation.

4. On November 24, 2020, Moynihan and I met with NC and others in Arlington, VA to discuss the investigation and learn about the whistleblower, Jesse Richard Morgan, a truck driver employed by a contractor for the USPS who alleged he carried mail-in ballots among USPS facilities in Bethpage, NY, Harrisburg, PA, and Lancaster, PA ("Affiant Morgan").

5. On November 25, 2020, Moynihan and I began our investigation in earnest and identified a few companies of interest and, within those companies, employees who may have information.

6. As a result of Affiant Morgan, Moynihan and I focused our investigation on the USPS facility on Grumman Road in Bethpage, NY ("Grumman Road Facility").

7. On November 30, 2020, after learning the identities of several USPS employees within the Grumman Road Facility with whom Affiant Morgan had contact, Doyle and I conducted an interview with one such USPS employee ("CI-1").

8. CI-1 stated the following facts:

　　a. CI-1 is involved with loading trucks at the Grumman Road Facility – known as an expeditor.

　　b. CI-1 told us that the Grumman Road Facility has never processed first-class mail and still does not process mail because the facility does not have the proper equipment to do so (allegedly known as an "Oregon Machine").

　　c. CI-1 stated that mail-in ballots were in the gaylords with signatures on the outside envelope at the facility on numerous occasions and asked a supervisor about what to do with them.

　　d. CI-1 was told to just get them loaded onto the trailers for delivery and to get them to their destination.

　　e. CI-1 told us that the Grumman Road Facility is only equipped to process packages and express mail, not first-class mail.

　　f. Doyle and I asked a few more times if CI-1 was sure that ballots were seen at the Grumman Road Facility and CI-1 confirmed each time.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on the  08 / 08 / 2024  .

_____
**Lawrence W. Doyle**

Doc ID: 5f509e8f1abcec274488fe79cc5d5dc7a2268bdd