IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **BRIAN R. DELLA ROCCA,** | * | |
| Plaintiff, | * | |
| v. | * | Civ. No. DLB-24-2442 |
| **SUSAN C. LEE,** *et al.*, | * | |
| Defendants. | * | |

**ORDER**

For the reasons stated on the record today, it is this 25th day of October, 2024 hereby ORDERED

1. The complaint is DISMISSED without prejudice for lack of subject matter jurisdiction; and

2. The Clerk SHALL CLOSE this case.

_____
Deborah L. Boardman
United States District Judge